[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-13727
Non-Argument Calendar

_____

D.C. Docket No. 7:17-cr-00014-HL-TQL-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SUSIE HALL SHERMAN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(September 23, 2019)

Before MARCUS, MARTIN and NEWSOM, Circuit Judges.

PER CURIAM:

D. Nicole Williams, appointed counsel for Susie Hall Sherman in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sherman's conviction and sentence are **AFFIRMED**.